IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

      Plaintiff,                    No.  2:12-cv-1950 GGH P

      vs.

K. TURNER, et al.,

      Defendants.            <u>ORDER</u>

_____/

      On September 25, 2012, plaintiff filed a letter directed to the magistrate judge seeking to reopen this case, which letter is construed as request for reconsideration of the order of the undersigned filed on September 19, 2012.  This case has been closed as duplicative of a prior pending action and the complaint has been filed as a motion for leave to amend in the earlier action.  The motion will be directed to the attention of a district judge once a district judge assignment is made to this case.

      Accordingly, IT IS ORDERED that the Clerk of the Court is directed to assign a district judge to this case.

DATED: November 1, 2012

                                /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:009
morr1950.ord2