IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

      Plaintiff,                    No.  2:12-cv-1950 WBS GGH P

    vs.

K. TURNER, et al.,

      Defendants.         <u>ORDER</u>

_____/

        On September 25, 2012, plaintiff filed a letter seeking to reopen this case. In the magistrate judge's order filed September 19, 2012, the complaint in this action was construed as a motion for leave to amend/proposed amended complaint in an earlier filed case of plaintiff's, Case No. 12-cv-1202 MCE KJN P. The court agrees that plaintiff's letter amounts to no more than an attempt to relitigate plaintiff's complaint in that case.  Upon review of the entire file, it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. <u>See</u> E.D. Local Rule 303(f).

        IT IS THEREFORE ORDERED that upon reconsideration, the order of the magistrate judge filed September 19, 2012, is hereby AFFIRMED.

DATED: November 8, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE